UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ACOSTA, ET AL )<br>         )<br>         Plaintiffs, )<br>         )<br>    v.   )<br>         )<br>AMERICAS SERVICING  )<br>COMPANY, ETC., ET AL )<br>         )<br>         Defendants. )<br>_____)<br>         ) | Case No. EDCV 13-01856-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as Americas Servicing Company, a wholly owned subsidiary of Wells Fargo Bank, N.A.); Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc., fka Merscorp, Inc.  The Court orders that such judgment be entered.

Dated: October 2, 2014_____
                                              VIRGINIA A. PHILLIPS
                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28